UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROBERT CROOMS, JR.** | **CIVIL DOCKET NO. 6:25-CV-00062** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LYNDEN BURTON** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 4], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that plaintiff's civil rights COMPLAINT [Doc. 1] be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

The Clerk is ordered to send a copy of this Order to the Keeper of the Three Strikes List.

THUS DONE AND SIGNED in Chambers this 20th day of February 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE